# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161477(82)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND R. SMITH,
      Plaintiff-Appellee,

v

SC: 161477
COA: 339705
MCAC: 14-000003

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Intervening Plaintiff,


CHRYSLER GROUP, LLC,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to hold the matter in abeyance for at least 60 days is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        August 28, 2020              

                                             Clerk